NUMBER 13-05-036-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
JOSEPH C. HAWTHORN,                                                   Appellant,

v.

RUSSELL NEINAST, ET AL.,                                               Appellees.
____________________________________________________________________

On appeal from the 21st District Court
of Washington County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, JOSEPH C. HAWTHORN, perfected an appeal from a judgment
entered by the 21st District Court of Washington County, Texas, in cause number
32040. After the notice of appeal was filed, appellant filed a motion to withdraw
appeal. In the motion, appellant states that he no longer wishes to prosecute this
appeal. Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
withdraw appeal, is of the opinion that the motion should be granted. Appellant’s
motion to withdraw appeal is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 10th day of February, 2005.